UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff

           DECISION and ORDER

-vs-

           09-CR-6116

WAYNE MARSHALL,

           Defendant

**Siragusa, J.** This case was referred by order of the undersigned, entered August 27, 2009, to Magistrate Judge Jonathan W. Feldman, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On December 4, 2009, Defendant filed an omnibus motion (Docket # 65) seeking various forms of relief. At oral argument on his omnibus motion, held on March 16, 2010, Defendant orally requested and was granted permission to join in the application of co-defendant, Joseph B. Thompson, to suppress Title III eavesdropping evidence. In that regard, Magistrate Judge Feldman filed a Report and Recommendation ("R&R") (Docket # 198) recommending that the Court deny Defendant's motion to suppress the eavesdropping evidence be denied. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

    Accordingly, for the reasons set forth in Magistrate Judge Feldman's R&R, Defendant's oral application to suppress eavesdropping evidence is denied.

    IT IS SO ORDERED.

Dated: Rochester, New York
       October 6, 2011

           ENTER:

                    /s/ Charles J. Siragusa
                    Charles J. Siragusa
                    United States District Judge